|  |  |
|---|---|
| 1 | YVETTE WEINSTEIN |
|  | Trustee In Bankruptcy |
| 2 | 6450 Spring Mountain Rd. #14 |
|  | Las Vegas, Nevada 89146 |
| 3 | (702) 364-8919- Telephone |
|  | (702) 364-8922 - Fax |

15 MAR 30 P12 :4?

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

REIBER, TIMOTHY
REIBER, JUDY

Debtor(s)

CASE NO.:09-14675 LBR

CHAPTER 7

NOTICE OF UNCLAIMED FUNDS

TO: Clerk, United States Bankruptcy Court

FROM: Yvette Weinstein, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
|  | SEE ATTACHED LIST |  |  |
| TOTAL |  | $ | $3,219.54 |

Dated: March 26, 2015

_____
Yvette Weinstein, Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Receipt # 221516    # 3,219.54

Printed: 03/26/15 09:10 AM                           Stale Check Report                                           Page: 1

**Trustee:** YVETTE WEINSTEIN, TRUSTEE (480160)
**Case:** 09-14675 - REIBER, TIMOTHY

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 5009502666 | 156 | 03/26/15 | CLERK U S BANKRUTPCY COURT | $3,219.54 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 5009502666 | 23 | 126 | 11/17/10 | 610 | HYUNDAI MOTOR FINANCE<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | 3,118.96 | 3,118.96 * | 3,118.96 | 3,118.96 |
| 5009502666 | 23I | 148 | 11/17/10 | 640 | HYUNDAI MOTOR FINANCE<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | 100.58 | 100.58 * | 100.58 | 100.58 |

(*) Denotes objection to Amount Filed     (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.